

FILED

MAY 31 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00023-JLT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: REQUEST TO UNSEAL |
| v. | |
| ABRAHAM EDUARDO NAVARRO MENDEZ, | **UNDER SEAL** |
| Defendant. | |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and arrest warrant shall be unsealed.

Dated: 5/31/19

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE